UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JEANETTE E. POURCIAU AND
SHANE POURCIAU

CIVIL ACTION

VERSUS

NUMBER 15-468-JJB-SCR

GENESIS MEDICAL PRODUCTS, INC.,
ET AL

**ORDER TO AMEND COMPLAINT**

Plaintiffs Jeanette E. Pourciau and Shane Pourciau filed a Complaint asserting subject matter jurisdiction under 28 U.S.C. § 1332, diversity of citizenship. Plaintiffs alleged that defendant Genesis Medical Products, Inc. "is a domestic corporation authorized to do and doing business in the State of Louisiana."[1] Plaintiffs alleged that defendant Benchmark Insurance Company "is a foreign insurer authorized to do and doing business in the State of Louisiana."[2]

When jurisdiction depends on citizenship, the citizenship of each party must be distinctly and affirmatively alleged in accordance with § 1332(a) and (c).[3] Under § 1332(c)(1) a corporation is deemed to be a citizen of any state in which it is

---

[1] Record document number 1, Complaint, ¶ 2

[2] Record document number 1, Complaint, ¶ 3.

[3] *Stafford v. Mobil Oil Corp.*, 945 F.2d 803, 804 (5th Cir. 1991), citing, *McGovern v. American Airlines, Inc.*, 511 F.2d 653, 654 (5th Cir. 1975)(quoting 2A Moore's Federal Practice ¶ 8.10, at 1662).

incorporated, and of the state in which it has its principal place of business.

Plaintiffs' jurisdictional allegation as to defendants Genesis Medical Products, Inc., and Benchmark Insurance Company are not sufficient to establish diversity jurisdiction. Assuming "domestic" means Louisiana, and "foreign" means a state other than Louisiana, the plaintiffs' allegations leave open the possibility that Benchmark Insurance Company is incorporated in Mississippi. Because Mississippi is the state where the plaintiffs are "domiciled," if Benchmark Insurance Company is incorporated there too, the citizenship of the parties will not be diverse. Similarly, if either defendant has its principal place of business in Mississippi, there will not be complete diversity of citizenship. Where a corporation is authorized to do and does business does not determine its citizenship. And while it is unlikely that either defendant is a Mississippi citizen, the court cannot assume the facts needed to establish the existence of subject matter jurisdiction.

Therefore;

IT IS ORDERED that plaintiffs Jeanette E. Pourciau and Shane Pourciau shall have ten days to file an amended complaint which properly alleges the citizenship of defendants Genesis Medical Products, Inc., and Benchmark Insurance Company.

**Failure to comply with this order may result in the case being**

**dismissed for lack of subject matter jurisdiction without further notice.**

Baton Rouge, Louisiana, July 16, 2015.

*[signature: Stephen C. Riedlinger]*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE